909 A.2d 297

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Terrance WILLIAMS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Aug. 2, 2006.

Sept. 27, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of September, 2006, the order of the PCRA court is AFFIRMED.